UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY COOK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>AMAZON SERVICES.COM LLC,<br><br>                Defendant. | Case No. 2:25-CV-00050-JHC<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE AND ORDER** |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Ashley Cook and Defendant Amazon Services.com LLC, ("Amazon") (together, the "parties") hereby jointly stipulate as follows:

1. Plaintiff filed this action on January 8, 2025 (Dkt. #1).

2. The Court issued a Summons on January 13, 2025 (Dkt. #2).

3. Plaintiff served the Summons and Complaint on Amazon on January 14, 2025.

4. The current deadline to respond to the Complaint is February 4, 2025.[1]

5. The parties have conferred and agree to extend the time in which to respond to the Complaint to February 25, 2025.

---

[1] The Complaint was filed against "Amazon Services.Com LLC." That entity does not exist, but appears to be an erroneous reference to Amazon.com Services LLC. The Complaint was served upon the registered agent for the latter entity. Amazon reserves all rights as to the identity of the correct defendant.

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT AND BRIEFING
SCHEDULE AND ORDER – 1
(Case No. 2:25-CV-00050)

6. In the event that Defendant files a motion under Rule 12 or other applicable provision, the parties also agree that Plaintiff shall have 28 days after the filing of such motion to file an opposition, and Defendant shall have 14 days after the filing of Plaintiff's opposition to file a reply brief.

7. No scheduling order has been entered in this case, so this motion would not affect any other scheduled dates in the proceeding.

RESPECTFULLY SUBMITTED this 29th day of January, 2025.

By: *s/ Shannon McDermott*
Andrew E. Moriarty, Bar No. 28651
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
SMcDermott@perkinscoie.com

Lauren M. Blas (*pro hac vice forthcoming*)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: +1.213.229.7000
Facsimile: +1.213.229.7520
LBlas@gibsondunn.com

*Attorneys for Defendant Amazon.com Services LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By: s/ *Michael C. Subit*
Michael C. Subit, WSBA #29189
**FRANK FREED SUBIT & THOMAS**
705 Second Avenue, Suite 1200
Seattle, WA 98104-1729
Telephone: 206-682-6711
Email: Msubit@frankfreed.com
Attorneys for Plaintiff

Evan K. Richardson (*pro hac vice*)
**HARMAN GREEN PC**
824 Exposition Avenue, Suite 8
Dallas, TX  75226
Tel: 646-248-2288
Email: Erichardson@theharmanfirm.com

Walker G. Harman, Jr. (*pro hac vice*)
**HARMAN GREEN PC**
824 Exposition Avenue, Suite 8
Dallas, TX  75226
Tel: 646-248-2288
Email: Wharman@theharmanfirm.com

*Counsel for Plaintiffs and the
Proposed Putative Class*

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT AND BRIEFING
SCHEDULE AND ORDER – 3
(Case No. 2:25-CV-00050)

**ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this 30th day of January, 2025.

_____
The Honorable John H. Chun