1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   ASHLEY COOK, individually and on behalf of all
10  others similarly situated,                                    Case No. 2:25-CV-00050-JHC

                            Plaintiffs,                           STIPULATED MOTION TO EXTEND
11                                                                DEADLINE TO AMEND THE
                                                                  COMPLAINT AND SET BRIEFING
12         v.                                                     SCHEDULE AND ORDER

13  AMAZON SERVICES.COM, LLC,

14                          Defendant.

15                              **STIPULATION**

16         Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Ashley Cook and Defendant Amazon

17  Services.com, LLC, ("Amazon") (together, the "parties") hereby jointly stipulate as follows:

18         1.      Plaintiff filed this action on January 8, 2025 (Dkt. #1).

19         2.      The Court issued a Summons on January 13, 2025 (Dkt. #2).

20         3.      Plaintiff served the Summons and Complaint on Amazon on January 14, 2025. [1]

21         4.      Defendant responded to the Complaint on February 25, 2025 and moved to dismiss

22  (Dkt. # 13).

23
24
25
26

---

[1] The Complaint was filed against "Amazon Services.Com, LLC." That entity does not exist, but appears to be an erroneous reference to Amazon.com Services, LLC. The Complaint was served upon the registered agent for the latter entity. Amazon reserves all rights as to the identity of the correct defendant.

STIPULATION TO EXTEND DEADLINE TO AMEND
COMPLAINT AND SET BRIEFING SCHEDULE AND
ORDER – 1
(Case No. 2:25-CV-00050)

5.      The parties agreed by stipulation that Plaintiff would have 28 days after the filing of such motion to file an opposition, and Defendant would have 14 days after the filing of Plaintiff's opposition to file a reply brief (Dkt. # 8).

6.      Plaintiff, upon considering the motion to dismiss, believes that an amendment could resolve some, if not all, of the pending items.

7.      Plaintiff's deadline to amend is March 18, 2025, *see* Fed. R. Civ. P. 15(a)(1)(B), but the opposition to the motion to dismiss is not due until March 25, 2025, *see* Dkt. # 9.

8.      The parties have conferred and agree to stipulate, and seek an order that, Plaintiff may amend her complaint by April 1, 2025. The parties further stipulate to extend the time in which to respond to the forthcoming amended complaint to May 1, 2025.  In the event that Defendant files a motion under Rule 12 or other applicable provision, the parties also agree that Plaintiff shall have 28 days after the filing of such motion to file an opposition, and Defendant shall have until 14 days after the filing of Plaintiff's opposition to file a reply brief.

9.      No scheduling order has been entered in this case, so this motion would not affect any other scheduled dates in the proceeding.

RESPECTFULLY SUBMITTED this <u>18th</u> of March, 2025.

STIPULATION TO EXTEND DEADLINE TO AMEND
COMPLAINT AND SET BRIEFING SCHEDULE AND
ORDER – 2
(CASE NO. 2:25-CV-00050)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By:  s/ *Michael C. Subit*
    Michael C. Subit, WSBA #29189
    **FRANK FREED SUBIT & THOMAS**
    705 Second Avenue, Suite 1200
    Seattle, WA 98104-1729
    Telephone: 206-682-6711
    Email: Msubit@frankfreed.com
    Attorneys for Plaintiff

    Evan K. Richardson (*pro hac vice*)
    **HARMAN GREEN PC**
    824 Exposition Avenue, Suite 8
    Dallas, TX  75226
    Tel: 646-248-2288
    Email: Erichardson@theharmanfirm.com

    Walker G. Harman, Jr. (*pro hac vice*)
    **HARMAN GREEN PC**
    824 Exposition Avenue, Suite 8
    Dallas, TX  75226
    Tel: 646-248-2288
    Email: Wharman@theharmanfirm.com

    *Counsel for Plaintiff and the*
    *Proposed Putative Class*

STIPULATION TO EXTEND DEADLINE TO AMEND
COMPLAINT AND SET BRIEFING SCHEDULE AND
ORDER – 3
(CASE NO. 2:25-CV-00050)

1

2              By:  *s/ Shannon McDermott*

3                   Andrew E. Moriarty, Bar No. 28651
                    Shannon McDermott, Bar No. 59455
4                   **Perkins Coie LLP**
                    1201 Third Avenue, Suite 4900
5                   Seattle, Washington 98101-3099
                    Telephone: +1.206.359.8000
6                   Facsimile: +1.206.359.9000
                    AMoriarty@perkinscoie.com
7                   SMcDermott@perkinscoie.com

8                   Lauren M. Blas (*pro hac vice*)
                    **Gibson, Dunn & Crutcher LLP**
9                   333 South Grand Avenue
                    Los Angeles, California 90071-3197
10                  Telephone: 213.229.7000
                    Facsimile: 213.229.7520
11                  LBlas@gibsondunn.com

12                  Jason C. Schwartz (*pro hac vice*)
                    David A. Schnitzer (*pro hac vice*)
13                  **Gibson, Dunn & Crutcher LLP**
                    1700 M Street NW
14                  Washington, D.C. 20036-4504
                    Telephone: 202.955.8500
15                  Fax: 202.467.0539
                    jschwartz@gibsondunn.com
16                  dschnitzer@gibsondunn.com

17                  *Attorneys for Defendant*

18

19

20

21

22

23

24

25

26

STIPULATION TO EXTEND DEADLINE TO AMEND
COMPLAINT AND SET BRIEFING SCHEDULE AND
ORDER – 4
(CASE NO. 2:25-CV-00050)

1

**<u>ORDER</u>**

2

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

3

4

DATED this 19th day of March, 2025.

5

6

John H. Chun

7

United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO EXTEND DEADLINE TO AMEND
COMPLAINT AND SET BRIEFING SCHEDULE AND
ORDER – 5
(CASE NO. 2:25-CV-00050)