# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY COOK, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES.COM LLC,<br><br>Defendant. | Case No. 2:25-cv-00050-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

This matter comes before the Court on Plaintiff Ashley Cook's Motion for Leave to File Second Amended Complaint. Dkt. # 29. The Court has considered the materials filed in support of and in opposition to the motion, the case file, and the governing law. The Court does not find oral argument necessary.

The Court GRANTS the motion. Plaintiff may file her Second Amended Complaint on or before December 16, 2025. Given the holiday season, if necessary, the Court would consider extending Defendant's deadline to respond to the new pleading.

The Court STRIKES the motion as moot the motion to dismiss at Dkt. # 20.

ORDER GRANTING
PLAINTIFF'S MOTION TO AMEND - 1
 Case No. 2:25-cv-00050-JHC

DATED this 9th day of December, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
PLAINTIFF'S MOTION TO AMEND - 2
Case No. 2:25-cv-00050-JHC