IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY COOK, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES.COM LLC,<br><br>Defendant. | **Case No. 2:25-cv-00050-JHC**<br><br>**ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>December 17, 2025 |

This matter comes before the Court on the stipulated motion. Dkt. # 35. The Court GRANTS the motion.

Defendant shall answer, or file a Rule 12 motion directed at, the Second Amended Complaint on or before January 15, 2026.

Plaintiffs shall file an opposition to a Rule 12 motion, if any is filed, on or before February 13, 2026.

Defendant shall file a reply in support of its Rule 12 motion, if any is filed, on or before March 2, 2026.

//

//

ORDER - 1
 Case No. 2:25-cv-00050-JHC

1 | DATED this 18th day of December, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE