UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

ASHLEY COOK, *et al.*,

      Plaintiff,

v.

AMAZON SERVICES.COM LLC,

      Defendant.

Case No. 2:25-cv-00050-JHC

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

**NOTE ON MOTION CALENDAR: February 11, 2026**

Upon consideration of the filing of the Unopposed Motion to Extend Time, Dkt. # 38, the Court ORDERS the following:

Plaintiffs' time to file an opposition to Defendant's Rule 12 motion is extended from February 13, 2026, to February 27, 2026.

Defendant time to file a reply to Defendant's Rule 12 motion is extended from March 2, 2026, to March 30, 2026.

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME - 1
Case No. 2:25-cv-00050-JHC

Entered this 12th day of February, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME - 2
 Case No. 2:25-cv-00050-JHC