**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ASHLEY COOK, JOSHUA BURDI, ETHAN CORRIERE, MICHELLE GRISSOM, CATARINA LY, DAVID OTTENWELLER, JOHNATHAN HODNEFIELD, AND ERICA HOLLAND, individually and on behalf all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON SERVICES.COM LLC, <br> Defendant. | **Case No. 2:25-cv-00050-JHC** <br><br> **ORDER GRANTING MOTION TO EXTEND TIME** |

Upon consideration of the filing of the Motion to Extend Time, Dkt. # 44, the Court ORDERS the following:

The Court GRANTS the motion. Plaintiffs shall file a motion to amend and a proposed Third Amended Complaint, if any, no later than April 13, 2026. The Court DENIES Amazon's request regarding the deadline to respond to the motion. *See* Dkt. # 46.

//

ORDER GRANTING
MOTION TO EXTEND TIME - 1
 Case No. 2:25-cv-00050-JHC

DATED this 20th day of April, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION TO EXTEND TIME - 2
Case No. 2:25-cv-00050-JHC