**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ASHLEY COOK,  JOSHUA BURDI, ETHAN CORRIERE, MICHELLE GRISSOM, CATARINA LY, DAVID OTTENWELLER, JOHNATHAN HODNEFIELD, AND ERICA HOLLAND, individually and on behalf all others similarly situated, | **Case No. 2:25-cv-00050-JHC** |
| | **ORDER RE: MOTION TO SEVER** |
| Plaintiffs, | |
| v. | |
| AMAZON SERVICES.COM LLC, | |
| Defendant. | |

This matter comes before the Court on a Motion to Sever by Plaintiffs Ashley Cook and David Ottenweller.  Dkt. # 40.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons presented by Defendant, the Court DENIES the motion.

//

//

ORDER RE:
MOTION TO SEVER - 1
 Case No. 2:25-cv-00050-JHC

DATED this 5th day of May, 2026.


John H. Chun
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER RE:
MOTION TO SEVER - 2
Case No. 2:25-cv-00050-JHC