UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY COOK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>AMAZON SERVICES.COM LLC,<br><br>    Defendant. | Case No. 2:25-CV-00050-JHC<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING THIRD AMENDED COMPLAINT, BRIEFING SCHEDULE, AND WORD LIMITS**<br><br>NOTE ON MOTION CALENDAR: May 15, 2026 |

This matter comes before the Court on the Parties' Stipulated Motion Regarding the Third Amended Complaint, Briefing Schedule, and Word Limits (Dkt. # 53). Based upon the foregoing Stipulation, the Court ORDERS as follows:

1. Plaintiffs may include Ashley Cook and David Ottenweller in the Third Amended Complaint solely in their individual capacities, on the conditions set forth in the Stipulation.

ORDER GRANTING STIPULATED MOTION
REGARDING THIRD AMENDED COMPLAINT
(Case No. 2:25-cv-00050-JHC) - 1

Cook and Ottenweller shall not serve as class representatives and shall not assert claims on behalf of any putative class or sub-class.

2.    The briefing schedule and word limits for the forthcoming Rule 12 motion shall be as follows:

| Filing | Deadline | Word Limit |
|---|---|---|
| Defendant's Motion (Fed. R. Civ. P. 12) | June 5, 2026 | 5,250 words |
| Plaintiffs' Opposition | July 10, 2026 | 5,250 words |
| Defendant's Reply | July 24, 2026 | 2,625 words |

IT IS SO ORDERED.

DATED this 18th day of May 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
REGARDING THIRD AMENDED COMPLAINT
(Case No. 2:25-cv-00050-JHC) - 2