UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW ANDERSON, JOSHUA BURDI, ANDREW CARMICAL, ASHLEY COOK, ETHAN CORRIERE, MICHELLE GRISSOM, JOHNATHAN HODNEFIELD, ERICA HOLLAND, CATARINA LY, DAVID OTTENWELLER, SHANNON PELKIE-THERIAULT, CHRISTI SPRINGER, WILLIAM STELLMON, AND ELEAZAR ZWILLINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON SERVICES.COM LLC,<br><br>Defendant. | Case No. 2:25-CV-00050-JHC<br><br>**ORDER FURTHER JOINT STIPULATED MOTION REGARDING THIRD AMENDED COMPLAINT AND BRIEFING**<br><br>NOTE ON MOTION CALENDAR: June 2, 2026 |

This matter comes before the Court on the Parties' Further Joint Stipulated Motion Regarding Third Amended Complaint and Briefing (Dkt. # 57). Based upon the foregoing Stipulation, the Court ORDERS as follows:

ORDER
(Case No. 2:25-cv-00050-JHC)

6000748888.1

1. Within one business day of entry of this Order, Plaintiffs shall file a Corrected Third Amended Complaint conforming the previously filed Third Amended Complaint (Dkt. # 54) to the Parties' prior stipulated terms (Dkt. # 53).  The Corrected Third Amended Complaint shall be the operative pleading upon filing.

2. The word limits set forth in Dkt. # 53, ¶ 4 are SUPERSEDED AND REPLACED by the corrected word limits set forth below, which reflect a 25% enlargement of the LCR 7(e)(3) limits applicable to dispositive motions.  The deadlines previously set forth in Dkt. # 53, ¶ 4 remain unchanged:

| Filing | Deadline | Word Limit |
|---|---|---|
| Defendant's Motion (Fed. R. Civ. P. 12) | June 5, 2026 | 10,500 words |
| Plaintiffs' Opposition | July 10, 2026 | 10,500 words |
| Defendant's Reply | July 24, 2026 | 5,250 words |

3. Except as expressly modified by this Order, all other terms and provisions of the Court's prior Order at Dkt. # 55 and the Parties' prior stipulation at Dkt. # 53 shall remain in full force and effect.

IT IS SO ORDERED.

DATED this 3rd day of June 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER
(Case No. 2:25-cv-00050-JHC)