# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

ANDREW ANDERSON, JOSHUA BURDI, ANDREW CARMICAL, ASHLEY COOK, ETHAN CORRIERE, MICHELLE GRISSOM, JOHNATHAN HODNEFIELD, ERICA HOLLAND, CATARINA LY, DAVID OTTENWELLER, SHANNON PELKIE-THERIAULT, CHRISTI SPRINGER, WILLIAM STELLMON, AND ELEAZAR ZWILLINGER, individually and on behalf all others similarly situated,

        Plaintiffs,

    v.

AMAZON SERVICES.COM LLC,
        Defendant.

**Case No. 2:25-cv-00050-JHC**

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

NOTE ON MOTION CALENDAR:
June 23, 2026

Upon consideration of the filing of the Unopposed Motion to Extend Time, Dkt. # 61, the Court ORDERS the following:

Plaintiffs' time to serve their initial disclosures on Defendant is extended to June 26, 2026.

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME - 1
 Case No. 2:25-cv-00050-JHC

Entered this 23rd day of June, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME - 2
 Case No. 2:25-cv-00050-JHC