UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY COOK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMAZON SERVICES.COM LLC,

Defendant.

Case No. 2:25-cv-00050-JHC

**ORDER RE: STIPULATED MOTION REGARDING PLAINTIFFS GRISSOM AND SPRINGER**

Pursuant to the Parties' stipulated motion (Dkt. # 67), Plaintiffs Grissom and Springer shall proceed in this action in their individual capacities only. Their claims asserted on behalf of any putative class or sub-class are DISMISSED, and neither shall seek to represent absent class members or serve as a class representative in this action.

This Order does not resolve Defendant's pending Motion to Dismiss or Strike Class Claims (Dkt. # 60), and Defendant reserves all rights and defenses.

IT IS SO ORDERED.

DATED this 30th day of September, 2026.

John H. Chun
United States District Judge